IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MATTHEW SMITH,** | § | |
| **TDCJ No. 02060858,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | EP-21-CV-205-KC |
| | § | |
| **BOBBY LUMPKIN,** | § | |
| **Director, Texas Department of** | § | |
| **Criminal Justice, Correctional** | § | |
| **Institutions Division,** | § | |
| Respondent. | § | |

## ORDER

Matthew Smith moves for a sixty-day extension to submit a reply to Bobby Lumpkin's response to the Court's order to show cause.[1]  Mot., ECF No. 14.  His motion is **DENIED** because he has conceded—and Lumpkin has confirmed—that his claims remain unexhausted in the state courts and his petition for a writ of habeas corpus under 28 U.S.C. § 2254 has accordingly been dismissed without prejudice.  See Pet'r's Pet. 3–4, ECF No. 1; State Court Records, ECF No. 9; Resp't's Resp. 5–7, ECF No. 10.

**SIGNED this 28th day of October, 2021.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

---

[1] See Order for Respondent to Answer 5–6, ECF No. 5 ("Petitioner is further advised that the Court need not await his reply before ruling on his § 2254 motion.  W.D. Tex. Civ. R. 7(f)(3).").  The local rules were recently revised and the provision concerning the court not waiting for a reply before making a ruling may now be found in Rule 7(e)(2).